SIMON STERNE, Respondent, *v.* CHARLES GOEPP, as Administrator, etc., Appellant.

(Argued January 21, 1881 ; decided February 1, 1881.)

MEM. of decision below. (20 Hun, 396).

*W. T. B. Milliken* for appellant.

*Samuel Hand* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

CHARLES S. HALL, Appellant, *v.* B. BRADLEY KEELER, et al., Respondents.

(Argued January 24, 1881 ; decided February 1, 1881.)

*Samuel Hand* for appellant.

*Edward Harris* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.